June 22, 2012

Mr. James C. Ho
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912

Ms. Sylvia Marie Hartless
General Counsel
Fort Worth Transportation Authority
1600 E Lancaster Ave.
Fort Worth, Tx 76102-6720
Ms. Joycell Marie Hollins
DART | Legal Department
Sr. Assistant General Counsel, JG
Post Office Box 660163
Dallas, TX 75266-0163

RE: Case Number: 11-0079
 Court of Appeals Number: 05-09-01500-CV
 Trial Court Number: CC-09-06498-D

Style: ONCOR ELECTRIC DELIVERY COMPANY LLC
 v.
 DALLAS AREA RAPID TRANSIT AND FORT WORTH TRANSPORTATION AUTHORITY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. John |
| |Warren |